UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY B. MOORE, | No. C 15-4269 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JEFF MACOMBER, | |
| Respondent. | |

Petitioner has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00. Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain (1) a properly completed IFP application, **or** (2) full payment for the filing fee. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: October 30, 2015

RICHARD SEEBORG
United States District Judge