*E-Filed 1/13/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY B. MOORE, | No. C 15-4269 RS (PR) |
| Petitioner, | **ORDER REOPENING ACTION** |
| v. | |
| JEFF MACOMBER, | |
| Respondent. | |

This federal habeas corpus action was dismissed because petitioner failed to pay the filing fee or file an application to proceed *in forma pauperis*. He since has paid the full filing fee. Accordingly, this action is REOPENED. The Clerk shall modify the docket to reflect this. The judgment (Docket No. 5) and the order of dismissal (Docket No. 4) are VACATED. The petition will be reviewed in a separate order.

**IT IS SO ORDERED**.

DATED: January 13, 2016

RICHARD SEEBORG
United States District Judge